584

371 A.2d 864
Commonwealth v. Schaeffer, Appellant.

Submitted March 22, 1976.
William F. Ochs, Jr., Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 864
Commonwealth v. Shuler, Appellant.

Submitted June 14, 1976. Mark S. Levy, for appellant; Ian M. Comisky, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.